**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DEVERICK SCOTT,                                                                PLAINTIFF
ADC #131042

v.                                            4:19CV00859-JM-JTK

CORRECT CARE SOLUTIONS, et al.                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      All allegations except the denial of exercise claim are DISMISSED without prejudice.

2      The following Defendants are dismissed: Correct Care Solutions, Dexter Payne, Keith Waddle, Daniel Wayne Golden, Gibson, Plummer, Brown, Mahoney, Garcia, Lord, Washington, Butler, W. Taylor, Evans, Kennedy, Cook, Smallwood, Whittaker, Vineyard, Roderick Williams, Jones, Gloria Thompson, Deidra Swopes, Meadows, Bland, Madden, M. Taylor, Scott Taylor, and Frank.

IT IS SO ORDERED this 24th day of January, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1