# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DEVERICK SCOTT,                                                                                                  PLAINTIFF
ADC #131042

4:19CV00859-JM-JTK

CORRECT CARE SOLUTIONS, et al.                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 24) is DENIED.

IT IS SO ORDERED this 27th day of July, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE