# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DEVERICK SCOTT,                                                                                    PLAINTIFF
ADC #131042

4:19CV00859-JM-JTK

CORRECT CARE SOLUTIONS, et al.                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Temporary Restraining Order and Emergency Hearing, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 67) is DENIED.

IT IS SO ORDERED this 2nd day of February, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE