IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEVERICK SCOTT,                                                                                    PLAINTIFF
ADC #131042

4:19CV00859-JM-JTK

CORRECT CARE SOLUTIONS, et al.                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Emergency Injunctive Relief, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 93) is DENIED.

IT IS SO ORDERED this 20th day of April, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE