# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DEVERICK SCOTT,                                                                                        PLAINTIFF
ADC #131042

v.                                           4:19CV00859-JM-JTK

CORRECT CARE SOLUTIONS, et al.                                                           DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of May, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE